# EXHIBIT D

ELECTRONICALLY FILED
2017 Mar 30 PM 1:39
CLERK OF THE APPELLATE COURT
CASE NUMBER: 117139

11 CV 1688

CASE NO. 117,139

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

MONICA ROSS-WILLIAMS, DERIVATIVELY,
ON BEHALF OF SPRINT NEXTEL CORPORATION,
*Plaintiffs-Appellees/Cross-Appellants,*

v.

ROBERT R. BENNETT, ET AL.,
*Defendants-Appellees/Cross-Appellees,*
AND
SPRINT NEXTEL CORPORATION,
A KANSAS CORPORATION,
*Defendant-Appellee/Cross-Appellee,*
OBJECTOR, MICHAEL HARTLEIB,
*Appellant/Cross-Appellee.*

ORDER

Appellant/Cross-Appellee Michael Hartleib's amended motion to remand this case to the district court is granted. The response is noted. This case is remanded to the district court for the limited purpose of allowing for a factual determination about whether the settlement agreement would have been approved had the district court known about Mr. Silow's actual status. The district court may establish its own procedure for the remand and may decide what information and procedure are necessary to create an adequate record on this subject. The briefing schedule in this court will continue unabated. Mr. Hartleib is ordered to serve and file with the Clerk of the Appellate Courts by May 1, 2017, a written report on the status of the remand.

Appellee/Cross-Appellant Monica Ross-Williams' motion for a protective order is granted. Mr. Hartleib is not to contact Ms. Ross-Williams directly outside of official court proceedings. Any communication with Ms. Ross-Williams must be conducted through her counsel. This court notes that the signature block on this motion contains blocks for various law firms that are not located in Kansas. This court has no record that any of these firms have attempted to properly enter an appearance in this court. In the absence of a motion for admission pro hac vice, these firms should not be listed on any filings going forward.

DATED: March 30, 2017.

FOR THE COURT

/s/ *David E. Bruns*

_____

DAVID E. BRUNS, Presiding Judge