# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cv-00317-TWT
### IN RE EQUIFAX, INC. DERIVATIVE LITIGATION
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 6/22/2020.

TIME COURT COMMENCED: 9:50 A.M.
TIME COURT CONCLUDED: 10:15 A.M.     COURT REPORTER: Diane Peede
TIME IN COURT: 00:25                  DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Joseph Weiss representing Lead Plaintiffs<br>Joshua Rubin representing Lead Plaintiffs<br>David Chaiken representing Richard F. Smith<br>April Elliott representing Elane B. Stock<br>Benjamin Lee representing Equifax, Inc.<br>Steven Madison representing Richard F. Smith<br>B. Pope representing Equifax, Inc.<br>Michael Rogovin representing Lead Plaintiffs<br>Michael Smith representing Equifax, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | Lead Plaintiffs' [133] Unopposed Motion for Final Approval of Shareholder Derivative Settlement, Award of Attorneys' Fees, and Reimbursement of Expenses GRANTED |
| MINUTE TEXT: | Counsel appeared over videoconference for the Final Settlement Hearing. Mr. Weiss summarized the settlement for the Court. Mr. Pope, Mr. Madison, and Ms. Elliott briefly responded in support of Plaintiffs' [133] Unopposed Motion for Settlement. Mr. Weiss discussed the fee and expense award, to which no party objected. The Court GRANTED the [133] unopposed motion as to the requested fees and expenses and approved the service award for the reasons stated. The Court informed counsel it would sign the proposed order and final judgment found at Doc. No. 112-1, p. 85. |
| HEARING STATUS: | Hearing Concluded |